# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES OWENS, Inmate #K83253,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-380-DRH |
| | ) |
| **ROD BLAGOJEVICH**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This action comes before the Court upon review of the file.  In its order reviewing the case pursuant to 28 U.S.C. § 1915A, the Court neglected to specifically address the status of one defendant, namely Corrections Officer Johnson.

Defendant Johnson should have been dismissed from the action because Plaintiff did not make any specific allegations against him, and therefore, did not state any claims under 42 U.S.C. § 1983, against him.  "A plaintiff cannot state a claim against a defendant by including the defendant's name in the caption."  *Collins v. Kibort*, 143 F.3d 331, 334 (7th Cir. 1998).

**IT IS HEREBY ORDERED** that Defendant Johnson is **DISMISSED** as a party for Plaintiff's failure to state any claims against him.

**IT IS SO ORDERED.**

**DATED:  April 23, 2007**

/s/   David   RHerndon
**DISTRICT JUDGE**