IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES OWENS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-380-DRH** |
| ) | |
| **ROD BLAGOJEVICH, et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel the defendants to produce certain documents. (Doc. 59). In response, defendants assert that plaintiff never propounded any request for production before filing the subject motion. (Doc. 64). Defendants further note that they have now made their required initial disclosures, which encompass many of the documents that plaintiff seeks.

Obviously, one must formally make a discovery request and be rebuffed before the Court can compel compliance withe th request. *See* Fed.R.Civ.P. 34(b). Plaintiff has not filed a copy of his discovery requests with his motion, as required by Local Rule 26.1(b)(3), nor has plaintiff indicated when he allegedly served the defendants with the request for production.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel (Doc. 59) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: June 18, 2007**                     **s/ Clifford J. Proud**
                                             **CLIFFORD J. PROUD**
                                             **U. S. MAGISTRATE JUDGE**