IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JAMES OWENS, Inmate #K83253, | ) |
| Plaintiff, | ) |
| vs. | ) No. 06-380-DRH |
| ROD BLAGOJEVICH, et al., | ) |
| Defendants. | ) |

# N O T I C E

TO:  James Owens, #K83253
     Hill Correctional Center
     600 South Linwood Road
     Post Office Box 1700
     Galesburg, Illinois  61402

YOU ARE HEREBY NOTIFIED of the consequences of a failure to respond with affidavit to Defendants' Motion for Summary Judgment.  Any factual assertion in the defendants' evidence will be accepted by the district judge as being true unless you submit your own affidavit or other documentary evidence contradicting the assertion.  You are referred to Rule 56(e) of the Federal Rules of Civil Procedure, which provides as follows:

> (e)  Form of Affidavits; Further Testimony; Defense Required.  Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to

      in an affidavit shall be attached thereto or served therewith.  The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits.  When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of his pleadings, but his response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If he does not so respond, summary judgment, if appropriate, shall be entered.

Failure to comply with this rule may result in the granting of judgment for defendants.

                                        Respectfully submitted,

                                        KEITH ANDERSON, CHRISTOPHER BRADLEY, PAM GRUBMAN, CHARLES HINSLEY, ROBERT HOFFMAN, CHARLES MCDANIEL, RUSSELL NIEPERT, RAYMOND SMITH, and ROGER WALLER,

                                            Defendants,

                                        LISA MADIGAN, Attorney General, State of Illinois

Ellen C. Bruce, #6288045                    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706                    By:  /s/ Ellen C. Bruce
(217) 782-9026                                        ELLEN C. BRUCE
                                                      Assistant Attorney General

Of Counsel.


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JAMES OWENS, Inmate #K83253, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 06-380-DRH |
| ROD BLAGOJEVICH, et al., | ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2007, I electronically filed a Notice of Rule 56(e) with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on July 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

James Owens, #K83253
Hill Correctional Center
600 South Linwood Road
Post Office Box 1700
Galesburg, Illinois  61402

Respectfully Submitted,
  /s/ Ellen C. Bruce
Ellen C. Bruce
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  ebruce@atg.state.il.us
Attorney Bar #:  6288045