IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JAMES OWENS, Inmate #K83253, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-380-DRH |
| | ) | |
| ROD BLAGOJEVICH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, KEITH ANDERSON, CHRISTOPHER BRADLEY, PAM GRUBMAN, CHARLES HINSLEY, ROBERT HOFFMAN, CHARLES MCDANIEL, RUSSELL NIEPERT, RAYMOND SMITH, and ROGER WALLER, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request this honorable Court for an enlargement of time, up to and including November 30, 2007, to file a dispositive motion. In support thereof, Defendants state as follows:

1. The dispositive motion deadline in this case was set for November 15, 2007. [Court Document #51].

2. The Defendants are preparing a dispositive motion, but respectfully request additional time to complete the motion in order to obtain an affidavit from a member of the Health Care Unit at Plaintiff's current place of incarceration.

1

3. This motion is not made for the purpose of undue delay, but rather, is made in good faith for the purpose of submitting a thorough and complete dispositive motion.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court provide them until November 30, 2007 to file a dispositive motion.

        Respectfully submitted,

        KEITH ANDERSON, CHRISTOPHER BRADLEY, PAM GRUBMAN, CHARLES HINSLEY, ROBERT HOFFMAN, CHARLES MCDANIEL, RUSSELL NIEPERT, RAYMOND SMITH, and ROGER WALLER,

        Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

Ellen C. Bruce, #6288045         Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706         By: /s/ Ellen C. Bruce
(217) 782-9026         ELLEN C. BRUCE
        Assistant Attorney General

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JAMES OWENS, Inmate #K83253, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-380-DRH |
| ) | |
| ROD BLAGOJEVICH, et al., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed Defendants' Motion for an Enlargement of Time to File a Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on November 15, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

James Owens, #K83253
Hill Correctional Center
600 South Linwood Road
Post Office Box 1700
Galesburg, Illinois  61402

Respectfully Submitted,
  /s/ Ellen C. Bruce
Ellen C. Bruce
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  ebruce@atg.state.il.us
Attorney Bar #:  6288045