IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

James Owens, K83253, pro se,
   Plaintiff,

vs

Rod Blagojevich, et al.,
   Defendants.

Case No. 06-380-DRH

FILED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

PLAINTIFF'S RESPONSE TO DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Now comes the Plaintiff, James Owens, pro se, and hereby responds to the Defendant's response to my Third Motion to Compel Discovery of Documents:

1. Aggreed

2. No money was required as all I requested was the addresses of three inmate witnesses and I served the defendant Charles Hinsley by placing the subpeona in an envelope addressed to his attorney of record, Ellen C. Bruce, with an attached money-voucher for postage; and placed it in the mail at Hill Correctional Center which complies with Rule 5(B)(1) and 5(B)(2)(B) of the Rules of Civil Procedures so the subpeona was properly served.

3. I seek to compel the Defendants to supply me with the addresses of three inmate witnesses to this cause of action and wish to send them requests for declarations, not to depose them, as is my right.

4. I requested permission from the warden of HCC to correspond to the three inmate witnesses and was informed by him I had to obtain a subpeona to get their current addresses. I have to have their current addresses to obtain permission from the CAO's of their institutions. I attached a copy of the request, and response, to the motion and have complied with 20 IL.Adm.

(1)

Code Sec. 525.120(b).

5. 20 IL. Adm. Code Sec. 525.120(b) states "Permission for offenders to correspond between intra-state and inter-state correctional facilities shall require the approval of the CAO of both facilities and shall be based on safety and security concerns." As I stated in paragraph 4, I requested permission from the CAO of my facility and was informed I needed a subpoena to obtain the requested addresses. (see attached request slip)

6. 20 IL Adm Code Sec 525.130(h) states "the facility will inspect and read outgoing mail to ensure there is no threat to security or safety" and it is up to the witnesses to determine if they wish to give a declaration. All I am requesting is the opportunity to request discovery from them.

7. The declarations will determine if I will request the inmates be called to testify or if their declarations are sufficient to satisfy the court.

8. It is my contention that the defendants have not complied to my requests for discovery as I have another motion to compel discovery pending before this court.

9. As stated in paragraph 2 I do not want to depose the witnesses only to obtain declarations from them at my own expense.

WHEREFORE, for the above reasons, and for those set forth in my Third Motion to Compel Production of Documents, I respectfully pray that this honorable court grant my motion and compel the defendants to allow me to obtain discovery as is my right under law.

Date: NOVEMBER 16, 2007

Respectfully Submitted,
James Owens
James Owens, #K83253
PO Box 1700
Galesburg, IL 60102

(2)

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Request

Offender Name: Owens   ID #: K63253   Living Unit: 2B15

To: Warden Wright

Please refer to the directory located in your orientation manual and address proper personnel.

I request ☐ interview ☐ cell assignment ☐ visit ☐ banking ☐ purchase ☒ other (specify) permission to address
for the purpose of (explain): I need depositions from Inmates Thomas Gordon K76879
and James Auten N37957 for my 1983 suit so need permission to write
them and their current addresses

Offender's Signature: James Owens   Date: 5-22-07

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): [illegible]

Remarks by supervisor (if necessary): [illegible]

Print Staff Name: [blank]
Staff Signature: [blank]   Date: [blank]

Print Supervisor Name: [illegible]
Supervisor Signature: [illegible]   Date: 5-23-07

Distribution: Affected Unit

Printed on Recycled Paper

DOC 0286 (Eff. 9/2005)
(Replaces DC7177 & DC3811)

(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

James Owens, #K83253, pro se,
 plaintiff,
 vs
Rod Blagojevich, et al
 defendants.

Case No. 06-380-DRH

## PROOF OF SERVICE

TO:
Ellen C. Bruce
Asst. Atty. Gen.
500 South Second St.
Springfield, IL 62706

Clerk of the Court
U.S. Dist. Court For Southern Illinois
PO Box 249
East St. Louis, IL 62202

PLEASE TAKE NOTICE that on 11-16-07, I have placed the documents listed below in the institutional mail at Hill Correctional Center, properly addressed to the parties listed above, for mailing through the U.S. Postal Service, with an attached, signed money voucher for postage:

Plaintiff's Response to Defendant's Response to Plaintiff's Third Motion to Compel Production of Documents, Request Slip

Date: 11-16-07

James Owens
James Owens
#K83253
PO BOX 1700
Galesburg, IL 61402