IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JAMES OWENS, Inmate #K83253, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-380-DRH |
| ) | |
| ROD BLAGOJEVICH, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is plaintiff Owens' motion to compel the defendants to comply with a subpoena he propounded upon defense counsel in an attempt to learn the addresses of three inmate witnesses. (Doc. 83).

Plaintiff has not submitted a copy of the subpoena at issue, as required by Local Rule 26.1(b)(3). In any event, the defendants response indicates that the subpoena was directed at defendant Hinsley, and it was otherwise procedurally flawed. In any event, defendants note that prison personnel, like Hinsley, are prohibited from revealing inmate addresses, for obvious security reasons. In addition, inmates desiring to correspond with other inmates need authorization of the wardens at each facility involved. *See* 20 Ill.Admin.Code § 525.120.

IT IS THEREFORE ORDERED that plaintiff's motion to compel (Doc. 83) is DENIED in all respects.

The Court reassures plaintiff that if inmates are listed as witnesses for trial, the Court will attempt to secure their appearance, so plaintiff need not worry about their

addresses in that respect.

**IT IS SO ORDERED.**

**DATED: November 28, 2007**

               **s/ Clifford J. Proud**
               **CLIFFORD J. PROUD**
               **U. S. MAGISTRATE JUDGE**