IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES OWENS,                )
                            )
      Plaintiff,       )
                            )
  -vs-                      )     NO. 06-CV-380-DRH
                            )
ROD BLAGOJEVICH, et al,     )
                            )
      Defendants.      )

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion for Summary Judgment

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the oral Order of this Court on August 3, 2009, judgment is entered in favor of defendants, **LT. WALLER, C/O ANDERSON C/O NEEPER and C/O SMITH** and against the plaintiff, **JAMES OWENS,** on Count 4 of plaintiff's complaint.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant's **ROD BLAGOJEVICH, ROGER WALKER, RONALD MEEKS and DR. FAISAL AHMED** and against plaintiff, **JAMES OWENS**, pursuant to the Order of this Court entered on January 8, 2007, and the Order striking the Amended Complaint entered on March 29, 2007.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **CHARLES HINSLEY, PAM GRUBMAN, LT. WALLER, SGT. McDANIEL, BOB HOFFMAN, C/O ANDERSON, C/O BRADLEY, C/O NEEPER, and C/O SMITH,** and against plaintiff, **JAMES OWENS**, on Count 3 of plaintiff's complaint, pursuant to the Order of this Court dated March 31, 2008.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated January 8, 2007, judgment is entered in favor of defendant **UNKNOWN PARTY** and against plaintiff, **JAMES OWENS**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 29, 2007, judgment is entered in favor of defendants, **C/O JOHNSON, GUY D. PIERCE, FRANK SHAW, ALAN UCHTMAN, STEPHEN B. WRIGHT, M. PULLEY, DEFENDANT PACHECOS, MELODY J. FORD, JACKIE MILLER, DOUGLAS A. CRAVENS, P. HASTING, LYLE HAWKINSON, T. KENNEDY, DEBBIE MIDDENDORF, T. MURRAY, GARY L. PAMPEL, ROBERT SCHISLER, JAMES ALMES, LINDA GOFORTH, J. GRAYGERT. SALLY JEFFERSON, LINDA JOHNSON, DEFENDANT JUNGE,**

**R. MELTON, JEFFERY SUTTER, C/O BLACKWELL, LT. MOWREY, C/O VASQUEZ, LT. WILSON and C/O NIEPER** and against plaintiff, **JAMES OWENS.**

                                            **JUSTINE FLANAGAN, ACTING CLERK**

                                        **BY:**       **/s/*Sandy Pannier***
                                                         **Deputy Clerk**

Dated: August 5, 2009

APPROVED: /s/     *David R Herndon*
               CHIEF JUDGE
               U. S. DISTRICT COURT