IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES OWENS,**

**Plaintiff,**

**v.**

**CHARLES HINSLEY, et al.,**

**Defendants.**                                                  No. 06-cv-380-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court are Plaintiff's Second Motion for Extension of Time to File a Notice of Appeal (Doc. 125). Plaintiff filed the Motion on October 7, 2009. The Court granted a previous Motion for Extension of Time to File a Notice of Appeal on September 9, 2009. (Doc. 124). That Order gave Plaintiff up to and including October 9, 2009 in which to file his Notice of Appeal. Plaintiff now moves for an additional 14 days from October 9, 2009 in which to file his Notice of Appeal.

**FEDERAL RULES OF APPELLATE PROCEDURE 4(a)(5)** permits, upon motion, the district court to extend time to file a notice of appeal if the party moves for the extension of time no later than thirty (30) days after the original 30-day appeal period expires, *and* the party shows excusable neglect or good cause. Plaintiff filed the instant motion before the deadline provided in the Court's previous order. Plaintiff avers in his sworn motion that the reasons he failed to timely file his Notice of Appeal was interference from his cell mate, who Plaintiff previously characterized as "high aggression." Plaintiff states that after he filed grievances regarding his cell mate, the

prison recently transferred him to a different cell.  Plaintiff also avers that the prison law library will be closed from October 3, 2009 until October 9, 2009, thus preventing him from accessing needed legal resources.  The Court finds that Plaintiff's reasons for requesting additional time constitute reasonable exigent circumstances that provide sufficient good cause to allow him an additional extension of time.  Thus, the Court will allow Plaintiff the additional 14 days he requests in his Motion.

For all the reasons stated herein, the Court **GRANTS** Plaintiff's Second Motion for Extension of Time to File a Notice of Appeal (Doc. 125).  Plaintiff is **ALLOWED** up to and including October 23, 2009 to file his Notice of Appeal for this case.

**IT IS SO ORDERED.**

Signed this 8th day of October, 2009.

/s/      David R Herndon

**Chief Judge**
**United States District Court**