IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES OWENS,

    Plaintiff,

v.

CHARLES HINSLEY, et al.,

    Defendants.                               Case No. 06-cv-380-DRH

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Motion for Order of Legal Supplies (Doc. 135). From the docket, the Court notes that Plaintiff has recently been granted leave to appeal *in forma pauperis* (Doc. 133). Therefore, because Plaintiff has filed his Notice of Appeal (Doc. 127) of the Court's final judgment, it is divested of jurisdiction to consider Plaintiff's Motion for Counsel, as such Motion should now properly be brought before the Seventh Circuit Court of Appeals.[1] Accordingly, Plaintiff's Motion (Doc. 135) is **DENIED** for lack of jurisdiction.

    **IT IS SO ORDERED.**

    Signed this 8th day of December, 2009.

                                                         /s/ *David R Herndon*
                                                          **Chief Judge**
                                                          **United States District Court**

---

[1] In fact, the Motion addresses the Seventh Circuit in its caption, rather than this Court.